Same case below, 590 F.3d 1305.

**No. 10-779. William H. Sorrell, Attorney General of Vermont, et al., Petitioners v. IMS Health Inc., et al.**

562 U.S. 1127, 131 S. Ct. 857, 178 L. Ed. 2d 623, 2011 U.S. LEXIS 14.

January 7, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted.

Same case below, 630 F.3d 263.

**No. 10-5258. Clifton Terelle McNeill, Petitioner v. United States.**

562 U.S. 1128, 131 S. Ct. 856, 178 L. Ed. 2d 623, 2011 U.S. LEXIS 15.

January 7, 2011. Motion of petitioner for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit granted.

Same case below, 598 F.3d 161.